IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No. 04-51353
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 29, 2005**

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

             Plaintiff - Appellee

        v.

ORLANDO MORALES

             Defendant - Appellant

----------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-1152)
----------------------

Before WIENER, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's unopposed motion to vacate

sentence is granted.


IT IS FURTHER ORDERED that appellee's unopposed motion to

remand to district court for resentencing is granted.


IT IS FURTHER ORDERED that appellee's unopposed motion to

_____

        *    Pursuant to 5th Cir. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

extend time to file appellee's brief 14 days from the Court's denial of appellee's motion to vacate and remand is denied as moot.